# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Paul E. Plunkett | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 96 C 5863 | **DATE** | 6/15/2004 |
| **CASE TITLE** | Kathleen F. Egebergh vs. Village of Mount Prospect, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendants' amended bill of costs filed with the Clerk's Office on 5/3/04 is granted. Costs are taxed in the amount of $9,725.83 and included in the judgment.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | JUN 1 6 2004 | |
| | Notified counsel by telephone. | date docketed | 208 |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| CW6 | courtroom deputy's initials | 2004 JUN 15 AM 9:21 | date mailed notice |
| | | Date/time received in Central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATHLEEN F. EGEBERGH, individually )
and as Special Administratrix of )
the Estate of EDWARD J. )
FITZGIBBONS, Deceased, )
)
      Plaintiff, )
)
v. )   No. 96 C 5863
)   Paul E. Plunkett, Senior Judge
VILLAGE OF MOUNT PROSPECT, )
COMMANDER DAVID NICHOLSON, )
individually and as agent of VILLAGE OF )
MOUNT PROSPECT, OFFICER JOSEPH )
BURDI, individually and as agent of )
VILLAGE OF MOUNT PROSPECT, )
)
      Defendants. )

DOCKETED
JUN 1 6 2004

## MEMORANDUM OPINION AND ORDER

Pursuant to our April 19, 2004 Order, defendants have submitted an amended bill of costs to recover costs under Federal Rule of Civil Procedure ("Rule") 54(d)(1) and 28 U.S.C. § 1920. For the following reasons, defendants may recover statutory costs under Rule 54(d) in the total amount of $9,725.83.

### Discussion

Through their amended bill of costs, defendants seek to recover transcript costs ($9,325.83, reflecting per page costs allowable under Local Rule 54.1(b) and the Judicial Conference of the United States) and trial subpoena fees for witnesses who testified at trial ($400.00). They have eliminated from their original bill of costs excess transcript costs (including charges for items such as word index, exhibit reproduction and delivery), subpoena fees for witnesses who did not testify at trial, postage costs and photocopying expenses. The only question, then, is whether the costs they now present are reasonable

208

and were necessary to the case. The answer is yes. The transcript costs defendants request are for the depositions of the parties, witnesses who testified at trial or other witnesses whose testimony was used in connection with pretrial motions and trial preparation. Defendants also request costs for the transcripts of proceedings before us on the motions in limine, which they say were necessary due to the number and complexity of various issues presented. The transcripts for which defendants seek to recover costs were necessary to their case and the transcript costs are reasonable as they are consistent with the amounts dictated by Local Rule 54.1.

Defendants also seek to recover trial subpoena fees for those witnesses who actually testified at trial. Defendants have demonstrated that the witnesses were subpoenaed in good faith and that the trial subpoena fees are reasonable.

In sum, the costs sought by defendants are authorized by statute, are reasonable and were necessary to the case. Accordingly, the Court finds that defendants are entitled to recover $9,325.83 for transcripts and $400.00 for trial subpoena fees, or a total of $9,725.83 in costs.

## Conclusion

For the reasons set forth above, the Court grants defendants' amended bill of costs in the amount of $9,725.83.

ENTER:

UNITED STATES SENIOR DISTRICT JUDGE
PAUL E. PLUNKETT

DATED: JUN 15 2004